CIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as<br><br>*Plaintiffs,*<br><br>v.<br><br>H. BROOKS AND COMPANY LLC a Minnesota limited liability company,<br><br>*Defendant*. | Case No. 21-cv-02992<br><br>Judge Joan H. Lefkow |

**FINAL JUDGMENT ORDER**

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ADJUDGES, and ORDERS as follows:

A. That a default judgment is entered against H. Brooks and Company.

B. That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee, have and recover judgment from and against H. Brooks and Company in total amount of $914,086.12. This total amount consists of: (i) past due contributions in the amount of $300,144.00 for the period of November 29, 2020 through April 24, 2021; (ii) past due contributions in the amount of $87,204.00 for the period of April 25, 2020 through June 27, 2021; (iii) past due contributions revealed to be owed by an audit covering the period from December 27, 2015 through December 29, 2018 in the amount of $265,097.20; (iv) past due contributions in the amount of $35,117.10 on behalf of the following individuals for the following periods: Jacob Robbs from October 14, 2018 through January 25, 2020, Branden Luethmers from September 1, 2019 through January 25, 2020 and Releigh Marble for the period of September 29,

2019 through January 25, 2020; (v) interest on all past due contributions to date in the total amount of $86,981.36; (vi) liquidated damages in the amount of $137,532.46; (vii) total costs incurred by the Pension Fund due to checks being returned for insufficient funds is $100.00; (viii) attorneys' fees in the amount of $1,450.00; and (ix) costs in the amount of $480.00.

      C.      Specifically excluded from this judgment and not barred under any claim preclusion are: (i) any obligation of to pay employer contributions (or interest and statutory damages thereon) not explicitly set forth in paragraph B including any employer contributions (or interest and statutory damages thereon) for any period of time other than the period of December 27, 2015 through December 29, 2018 on behalf of employees whose work history was not reported or was inaccurately reported and (ii) any claim for withdrawal liability.

      D.      That Plaintiffs are awarded post-judgment interest on the entire judgment balance at the greater of: (i) an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which the interest is charged; or (ii) at an annualized interest rate of 7.5%, and with said interest to be compounded annually.

      E.      That Plaintiffs are awarded execution for collection of the judgment and costs granted.

Dated: January 20, 2022           Enter: *Joan N. Lefkow*
                                            Honorable Joan H. Lefkow
                                            United States District Judge